NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAP CO., LTD.,**
*Appellant*

**v.**

**MCAFEE, LLC, FKA MCAFEE, INC.,**
*Appellee*

---

2017-1987, 2017-1988

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01856, IPR2015-01876.

---

## JUDGMENT

---

BRUCE JOSHUA WECKER, Hausfeld LLP, San Francisco, CA, argued for appellant. Also represented by ROBERT YORIO, WADE YAMAZAKI, Carr & Ferrell LLP, Menlo Park, CA.

JONATHAN L. MCFARLAND, Perkins Coie, LLP, Seattle, WA, argued for appellee. Also represented by KYLE M. AMBORN, RYAN J. MCBRAYER; DAN L. BAGATELL, Hanover, NH; NANCY CHENG, JAMES F. VALENTINE, LLP, Palo Alto, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 11, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court